1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AASIM NIA,                                                    No. C 13-0353 SI (pr)

        Plaintiff,                                    **JUDGMENT**

       v.

D. ASUNCION; et al.,

        Defendants.
_____/

    This action is dismissed without prejudice to plaintiff filing an amended complaint in his earlier-filed action.


    IT IS SO ORDERED AND ADJUDGED.


Dated: April 24, 2013                              _____
                                                                        SUSAN ILLSTON
                                                                  United States District Judge