UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASIM NIA, | No. C 13-0353 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| D. ASUNCION; et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing an amended complaint in his earlier-filed action.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 24, 2013

_____
SUSAN ILLSTON
United States District Judge